UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>   v.<br><br>JAMES E. ZWAAL,<br><br>    Respondent. | Case No.  CV 15-03378 EDL<br><br>**ORDER FOR REASSIGNMENT** |

In view of the Report and Recommendation filed on October 5, 2015, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

**IT IS SO ORDERED.**

Dated: October 8, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge